UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TERRENCE LEE BROOME**                       CIVIL ACTION

**VERSUS**                                    NO:       11-0825

**JEFFERSON PARISH**                          SECTION: "N" (4)

### REPORT AND RECOMMENDATION

This case was referred to the undersigned United States Magistrate Judge pursuant to Title 28 U.S.C. § 636(b) and Local Rule 73.1E(A), for the submission of the Proposed Findings and Recommendations.

**I.    Background**

The Plaintiff, Terrence Lee Broome, filed his Complaint against Jefferson Parish on April 13, 2011, alleging that he was denied a promotion because of his race, African American. (R. Doc. 1.) However, the Defendants were not served, nor did they make an appearance on the record. Accordingly, on July 11, 2011, the Court ordered Broome to show cause by July 27, 2011, as to why his case should not be dismissed for the failure to serve the Defendants within 120 days of the filing of her complaint, as required by Federal Rule of Civil Procedure ("Rule") 4(m)[1]. (R. Doc. 4.) The

---

[1] Rule 4(m) states in relevant part:

If a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed.R.Civ.P. 4(m).

undersigned also unambiguously advised that failure to comply with the Show Cause Order could result in dismissal without further notice. Broome did not file a response.

## II.     Recommendation

Accordingly,

**IT IS RECOMMENDED** that Broome's claims against Jefferson Parish be **DISMISSED WITHOUT PREJUDICE** for failing to comply with Rule 4(m) and the Show Cause Order (R. Doc. 4) issued by the United States Magistrate Judge on July 11, 2011.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within **fourteen (14) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).[2]

New Orleans, Louisiana, this 15th day of August 2011

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

---

[2]*Douglass* referenced the previously applicable ten-day period for the filing of objections. Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend the period to fourteen days.