UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERENCE LEE BROOME** | **CIVIL ACTION** |
| **VERSUS** | **NO: 11-0825** |
| **JEFFERSON PARISH** | **SECTION: "N" (4)** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff's claims against Defendant Jefferson Parish are hereby **DISMISSED WITHOUT PREJUDICE** for failure to comply with Federal Rule of Civil Procedure 4(m).

New Orleans, Louisiana, this 23rd day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE